United States District Court
Southern District of Texas
FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

JUL 24 2014

David J. Bradley, Clerk

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | Criminal No. M-14-30028-M |
| | § | |
| PEDRO DIAZ | § | |

## CRIMINAL INFORMATION

THE UNITED STATES CHARGES:

On or about April 14, 2011, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**PEDRO DIAZ**

willfully filed a tax return known to him to be false as to a material matter concerning whether he had an interest in a foreign bank account.

In violation of Title 26, United States Code, Section 7207.

Jaikumar Ramaswamy, Chief
Asset Forfeiture and Money
  Laundering Section
U.S. Department of Justice
Criminal Division

_/s/ Keith Liddle_
Keith Liddle, Trial Attorney
Money Laundering and Bank Integrity Unit
Asset Forfeiture and Money
  Laundering Section
U.S. Department of Justice
Criminal Division